AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### Received

Eastern District of Arkansas

**2021 JAN -8 AM 9: 00**

..... Marshal
Eastern Arkansas

United States of America

v.

**Case No.** 4:17CR00293-24 BSM

Ralph A Ross

*Defendant*

## FILED
**U. S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

APR 2 7 2021

## ARREST WARRANT

**JAMES W. McCORMACK, CLERK**
By:_____
**DEP CLERK**

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    **Ralph A Ross,**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:

**Violation of conditions of release**, as further explained in the attached documents.

Date:   January 8, 2021

_____
*Issuing officer's signature*

City and state:    Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/8/2021 , and the person was arrested on *(date)* 3/19/2021 at *(city and state)* LR, AR . |
| Date: 3/19/2021    _____ *Arresting officer's signature* |
|     P. Peckham   DUSM    _____ *Printed name and title* |