IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   No. 4:17CR00293 BSM |
| | ) |
| RALPH ROSS | ) |

### MOTION FOR ORDER COMPELLING VAN BUREN COUNTY DETENTION FACILITY TO PERMIT REASONABLE ATTORNEY VISITS

Comes now, Ralph Ross, by and through counsel, and for his motion, states:

1. Ralph Ross changed his plea to guilty of misprision of a felony.

2. The United States Marshals Service (USMS) is currently housing Ross in the Van Buren County Detention Facility.

3. On May 7, 2021, undersigned counsel attempted to visit Ross to review a number of items necessary for his defense.

4. The Van Buren Sheriff Office denied undersigned counsel the visit and stated that an attorney visit would only occur under the following circumstances:

   - An appointment was available;

   - An appointment was made in advance;

   - Appointments are available for limited times on Tuesday and Thursday only;

   - The maximum any meeting could last is one-hour.

1

5. These restrictions are unconstitutional restrictions on First, Fifth, Sixth, and Fourteenth Amendments.

6. The restriction of an hour to meet on a particular day of the week (if an appointment is available) is going to significantly delay the resolution of this case.

7. Undersigned counsel's schedule is not open to visit every Tuesday and Thursday for one-hour, assuming that an appointment is available.

8. Thus, the resolution of Ross's case, which has been fast-tracked due in part to his three-year maximum sentence, is going to be delayed. Ross will be prejudiced.

9. The Van Buren County Sheriff Office offered no reason for the unreasonable restriction.

10. It is unlikely in response to COVID-19 since not a single observable member of law enforcement had a mask on even when approaching undersigned counsel. It also unlikely that COVID-19 is impotent on Tuesdays and Thursdays.

11. If the Van Buren County Sheriff Office is understaffed and cannot provide access to the courts for its incarcerated persons, then it should not house federal inmates (or any for that matter).

12. According to A.C.A. § 16-85-101(a), "While confined and awaiting trial in any prison or jail in this state, no prisoner shall be denied the right to: (1) Consult an attorney of the prisoner's own choosing." Subsection "b" notes that failure to comply is a misdemeanor offense.

13. Ross's Fifth, Sixth, and Fourteenth Amendment rights are violated by the unreasonable restrictions on his attorney access to consult on his case to resolve his issues in a timely manner.

    The Fifth Amendment enjoins that no person be deprived of life, liberty or property without due process of law. Such due process includes the right of one accused of crime to have the effective and substantial aid of counsel. *Neufield v. United States*, 1941, 73 App.D.C. 174, 182, 118 F.2d 375, 383. Moreover, the Sixth Amendment provides that 'In all criminal prosecutions, the accused shall enjoy the right * * * to have the Assistance of Counsel for his defence.'
    It is well established that an accused does not enjoy the effective aid of counsel if he is denied the right of private consultation with him.

    *Coplon v. United States*, 191 F.2d 749, 757 (D.C. 1951).

14. The Arkansas Department of Corrections has published standards requiring access to counsel. *See* Criminal Detention Facility Standards SECTION 6-1002. WRITTEN INMATE RIGHTS "Published inmate rights shall include the following: A. All inmates of a Criminal Detention Facility shall have reasonable access to the courts through counsel whether appointed or retained, and in the event counsel has not been retained or appointed, the inmate should have reasonable access to law library materials. B. All inmates have a right to

have access to their attorney. Legal consultation(s) shall be permitted in private, shall be unmonitored, and occur at the place of detention on a reasonable basis.")

https://www.sos.arkansas.gov/uploads/rulesRegs/Arkansas%20Register/2014/dec2014/006.26.14-001.pdf

15. Ross respectfully requests, *at a minimum*, that the Van Buren County Sheriff Office be required to permit attorney visits during reasonable working hours (Monday-Friday 9am-5pm) with a maximum visit length of three hours.

WHEREFORE, Ralph Ross respectfully requests this Court provide him reasonable access to his counsel in accordance with the law.

>Respectfully submitted,
>
>Lee D. Short
>SHORT LAW FIRM
>425 W. Broadway, Ste. A
>North Little Rock, AR 72114
>LeeDShort@gmail.com
>Bar # 2010-136
>(501) 766-2207