IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**                 **CASE NO. 4:17-CR-00293-BSM-24**

**RALPH ROSS**                                                                                 **DEFENDANT**

## ORDER

Ralph Ross's motion for reasonable access to his lawyer [Doc. No. 2047] is granted. The U.S. Marshal is ordered to coordinate visits between Ross and his lawyer, during the working hours of Monday through Friday, 9:00 a.m. – 5:00 p.m., with a maximum visit length of three hours. Should the Van Buren County Jail decline to permit Ross reasonable access to his lawyer, the Marshal is directed to move him to another facility.

IT IS SO ORDERED this 11th day of May, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE