AO 442 (Rev. 01/09) Arrest Warrant (ARED rev. 7/6/2021)

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 6 2021

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| United States of America | | |
|---|---|---|
| v. | Case No. | 4:17CR00293-24 BSM |
| Ralph A Ross | | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Ralph A Ross,**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

**Failure to report**, as further explained in the attached documents.

Date: July 30, 2021

*Issuing officer's signature*

City and state: Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 7/30/2021, and the person was arrested on *(date)* 8/11/2021
at *(city and state)* Washington County, AR

Date: 8/11/21

*Arresting officer's signature*

Torey Brumann DUSM
*Printed name and title*