# U. S. District Court
## Western District of Arkansas (Fayetteville)
## CRIMINAL DOCKET FOR CASE #: 5:21−mj−05013−CDC All Defendants

Case title: USA v. Ross.
Other court case number: 4:17−CR00293 BSM Eastern District of Arkansas Central Division

Date Filed: 08/12/2021

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Aug 16, 2021
Tammy H. Downs, Clerk
By: Forrest Dunn D.C.
DEP CLERK

Assigned to: Honorable Christy D. Comstock

**Defendant (1)**

**Ralph A. Ross** represented by **John B. Schisler**
Federal Defender's Office
112 West Center St.
Suite 300
Fayetteville, AR 72701
479−442−2306
Fax: 479−443−1904
Email: jack_schisler@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| MOTION FOR WARRANT | |

**Plaintiff**

USA             represented by   **Kimberly Nicole Davis Harris**
                                 United States Attorney's Office
                                 414 Parker Avenue
                                 Fort Smith, AR 72901
                                 (479) 783−5125
                                 Fax: (479) 441−0578
                                 Email: Kimberly.Harris@usdoj.gov
                                 *LEAD ATTORNEY*
                                 *ATTORNEY TO BE NOTICED*
                                 *Designation: Assistant US Attorney*

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/12/2021 | | | Arrest (Rule 5) of Ralph A. Ross. ( Eastern District of Arkansas Central Division; Docket No. 4:17−CR00293 BSM). (rg) (Entered: 08/13/2021) |
| 08/12/2021 | 1 | | FILED UNDER SEAL UNITED STATES' MOTION FOR WARRANT FOR RALPH A. ROSS − Rule 5 as to Ralph A. Ross. (rg) . (Entered: 08/13/2021) |
| 08/12/2021 | 2 | | Arrest Warrant as to Ralph A. Ross. (rg) (Entered: 08/13/2021) |
| 08/12/2021 | 3 | | **SEALED ORDER as to Ralph A. Ross ( Eastern District of Arkansas Central Division; Docket No. 4:17−CR00293 BSM). Signed by Honorable Judge Brian S. Miller on July 29, 2021. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rg) (Entered: 08/13/2021)** |
| 08/13/2021 | 4 | | Arrest Warrant as to Ralph A. Ross. (rg) (Entered: 08/13/2021) |
| 08/13/2021 | 5 | | **TEXT ONLY ORDER Setting Hearings as to Ralph A. Ross : Initial Appearance − Rule 5 set for 8/16/2021 11:00 AM in Fayetteville − 2nd flr (Rm 210) before Honorable Christy D. Comstock. Signed by Honorable Christy D. Comstock on August 13, 2021. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rg) (Entered: 08/13/2021)** |
| 08/16/2021 | | | Case unsealed as to Ralph A. Ross. (rg) (Entered: 08/16/2021) |
| 08/16/2021 | 6 | | Minute Entry for proceedings held before Honorable Christy D. Comstock: Initial Appearance in Rule 5 Proceedings as to Ralph A. Ross held on 8/16/2021. Appearance entered by Jack Schisler, Public Defender Appointment, on behalf of defendant. Defendant waived the issues of identity, probable cause this district. Defendant remanded to custody of U.S. Marshals Service. (Roxana Guerrero−Digital Recorder)(Proceedings held in Fayetteville−Room 210) (rg) (Entered: 08/16/2021) |
| 08/16/2021 | 7 | | CJA 23 Financial Affidavit by Ralph A. Ross. **THE ORIGINAL IS FILED UNDER SEAL WITH THE COURT.** (rg) (Entered: 08/16/2021) |
| 08/16/2021 | 8 | | **TEXT ONLY ORDER APPOINTING COUNSEL Jack Schisler for Ralph A. Ross, Federal Public Defender Appointed. Defendant is entitled to counsel but cannot afford to hire an attorney, therefore, counsel is** |

|  |  |  |  |
|---|---|---|---|
|  |  |  | **appointed to represent defendant in today's proceedings. Signed by Honorable Christy D. Comstock on August 16, 2021. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rg) (Entered: 08/16/2021)** |
| 08/16/2021 | 9 |  | **ORDER OF DETENTION as to Ralph A. Ross. Defendant remanded to the custody of the U.S. Marshals Service. Signed by Honorable Christy D. Comstock on August 16, 2021. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rg) (Entered: 08/17/2021)** |

```
MIME-Version:1.0
From:NEF@arwd.uscourts.gov
To:NEF@localhost.localdomain
Bcc:
--Case Participants: Honorable Christy D. Comstock (cdcinfo@arwd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:2082766@arwd.uscourts.gov
Subject:Activity in Case 21-5013 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

# U. S. District Court

# Western District of Arkansas

## Notice of Electronic Filing

The following transaction was entered on 8/13/2021 at 12:10 PM CDT and filed on 8/12/2021

**Case Name:**  USA v. SEALED
**Case Number:**  5:21−mj−05013−CDC *SEALED*
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Arrest (Rule 5) of Ralph A. Ross. ( Eastern District of Arkansas Central Division; Docket No. 4:17−CR00293 BSM). (rg)

**5:21−mj−05013−CDC *SEALED*−1** No electronic public notice will be sent because the case/entry is sealed.

```
MIME-Version:1.0
From:NEF@arwd.uscourts.gov
To:NEF@localhost.localdomain
Bcc:
--Case Participants: Honorable Christy D. Comstock (cdcinfo@arwd.uscourts.gov)
--Non Case Participants: Chambers - CDCinfo@arwd.uscourts.gov (cdcinfo@arwd.uscourts.gov)
--No Notice Sent:

Message-Id:2082801@arwd.uscourts.gov
Subject:Activity in Case 21-5013 Sealed v. Sealed (Redacted Notice)
```
Content−Type: text/html

# U. S. District Court

# Western District of Arkansas

## Notice of Electronic Filing

The following transaction was entered on 8/13/2021 at 12:39 PM CDT and filed on 8/13/2021

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 5:21−mj−05013−CDC *SEALED* |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
 TEXT ONLY ORDER Setting Hearings as to Ralph A. Ross : Initial Appearance − Rule 5 set for 8/16/2021 11:00 AM in Fayetteville − 2nd flr (Rm 210) before Honorable Christy D. Comstock. Signed by Honorable Christy D. Comstock on August 13, 2021. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rg)


**5:21−mj−05013−CDC *SEALED*−1** No electronic public notice will be sent because the case/entry is sealed.

```
MIME-Version:1.0
From:NEF@arwd.uscourts.gov
To:NEF@localhost.localdomain
Bcc:
--Case Participants: Honorable Christy D. Comstock (cdcinfo@arwd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:2083620@arwd.uscourts.gov
Subject:Activity in Case 5:21-mj-05013-CDC USA v. SEALED Case Unsealed
```
Content−Type: text/html

# U. S. District Court

## Western District of Arkansas

**Notice of Electronic Filing**

The following transaction was entered on 8/16/2021 at 4:32 PM CDT and filed on 8/16/2021

**Case Name:**        USA v. SEALED
**Case Number:**      5:21−mj−05013−CDC *SEALED*
**Filer:**
**Document Number:**  No document attached
**Docket Text:**
Case unsealed as to Ralph A. Ross. (rg)


**5:21−mj−05013−CDC *SEALED*−1** No electronic public notice will be sent because the case/entry is sealed.

MIME-Version:1.0
From:NEF@arwd.uscourts.gov
To:NEF@localhost.localdomain
Bcc:
--Case Participants: Honorable Christy D. Comstock (cdcinfo@arwd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:2083624@arwd.uscourts.gov
Subject:Activity in Case 5:21-mj-05013-CDC USA v. Ross.
Content−Type: text/html

# U. S. District Court

## Western District of Arkansas

### Notice of Electronic Filing

The following transaction was entered on 8/16/2021 at 4:41 PM CDT and filed on 8/16/2021

| | |
|---|---|
| **Case Name:** | USA v. Ross. |
| **Case Number:** | 5:21−mj−05013−CDC |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
 Minute Entry for proceedings held before Honorable Christy D. Comstock: Initial Appearance in Rule 5 Proceedings as to Ralph A. Ross held on 8/16/2021. Appearance entered by Jack Schisler, Public Defender Appointment, on behalf of defendant. Defendant waived the issues of identity, probable cause this district. Defendant remanded to custody of U.S. Marshals Service. (Roxana Guerrero−Digital Recorder)(Proceedings held in Fayetteville−Room 210) (rg)


**5:21−mj−05013−CDC−1 Notice has been electronically mailed to:**

John B. Schisler     jack_schisler@fd.org, rachel_goodpaster@fd.org, rose_riggs@fd.org

Kimberly Nicole Davis Harris     Kimberly.Harris@usdoj.gov, CaseView.ECF@usdoj.gov, Nicole.M.Times@usdoj.gov

**5:21−mj−05013−CDC−1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:NEF@arwd.uscourts.gov
To:NEF@localhost.localdomain
Bcc:
--Case Participants: Kimberly Nicole Davis Harris (caseview.ecf@usdoj.gov,
kimberly.harris@usdoj.gov, nicole.m.times@usdoj.gov), John B. Schisler
(jack_schisler@fd.org, rachel_goodpaster@fd.org, rose_riggs@fd.org), Honorable Christy D.
Comstock (cdcinfo@arwd.uscourts.gov)
--Non Case Participants: Attorney Appointment - Offices 3,5
(carol_nesbit@arwd.uscourts.gov, michelle_mcentire@arwd.uscourts.gov,
whitney_crippen@arwd.uscourts.gov), Chambers - CDCinfo@arwd.uscourts.gov
(cdcinfo@arwd.uscourts.gov), Jury Administrator (whitney_crippen@arwd.uscourts.gov)
--No Notice Sent:

Message-Id:2083632@arwd.uscourts.gov
Subject:Activity in Case 5:21-mj-05013-CDC USA v. Ross. Order Appointing Counsel
```
Content−Type: text/html

# U. S. District Court

## Western District of Arkansas

**Notice of Electronic Filing**

The following transaction was entered on 8/16/2021 at 4:47 PM CDT and filed on 8/16/2021

| | |
|---|---|
| **Case Name:** | USA v. Ross. |
| **Case Number:** | 5:21−mj−05013−CDC |
| **Filer:** | |
| **Document Number:** | 8(No document attached) |

**Docket Text:**
**TEXT ONLY ORDER APPOINTING COUNSEL Jack Schisler for Ralph A. Ross, Federal Public Defender Appointed. Defendant is entitled to counsel but cannot afford to hire an attorney, therefore, counsel is appointed to represent defendant in today's proceedings. Signed by Honorable Christy D. Comstock on August 16, 2021. (cc via CM/ECF: U.S. Probation Office, U.S. Marshals Service) (rg)**

**5:21−mj−05013−CDC−1 Notice has been electronically mailed to:**

John B. Schisler    jack_schisler@fd.org, rachel_goodpaster@fd.org, rose_riggs@fd.org

Kimberly Nicole Davis Harris    Kimberly.Harris@usdoj.gov, CaseView.ECF@usdoj.gov, Nicole.M.Times@usdoj.gov

**5:21−mj−05013−CDC−1 Notice has been delivered by other means to:**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                          No. 5:21-mj-05013-001

RALPH A. ROSS                                                                               DEFENDANT

**O R D E R**

At the initial appearance conducted on a warrant from the Eastern District of Arkansas, the defendant waived the issues of identity and probable cause. Accordingly, the court considers the matters waived, the Defendant is ordered detained and was remanded to custody of the U.S. Marshals Service.

IT SO ORDERED this 16th day of August, 2021.


/s/ Christy Comstock
HONORABLE CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE