# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2299

United States of America

Appellee

v.

Ralph A. Ross, also known as R.A.

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-24)

___

**ORDER**

A motion to dismiss has been filed in consolidated case 21-2824. On the court's own motion, the appeal is held in abeyance pending the filing of the appellant's brief or ruling on the motion to dismiss in consolidated case 21-2824.

September 10, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Subject:** | 21-2299 United States v. Ralph Ross "Clerk order filed sua sponte hold briefing schedule in abeyance" (4:17-cr-00293-BSM-24) |
| **Date:** | Friday, September 10, 2021 9:39:34 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 09/10/2021

**Case Name:** United States v. Ralph Ross
**Case Number:** 21-2299
**Document(s):** Document(s)

**Docket Text:**
CLERK ORDER: A motion to dismiss has been filed in consolidated case 21-2824. On the court's own motion, the appeal is held in abeyance pending the filing of the appellant's brief or ruling on the motion to dismiss in consolidated case 21-2824. [5074892] [21-2299] (Britny Williams)

**Notice will be electronically mailed to:**

Ms. Liza J. Brown, Assistant U.S. Attorney: Liza.Brown@usdoj.gov, francesca.grant@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Kristin Huntington Bryant, Assistant U.S. Attorney: Kristin.Bryant@usdoj.gov, christy.averett@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. Lee Deken Short: leedshort@gmail.com

**Notice will be mailed to:**

Mr. Ralph A. Ross
31681-009
OKMULGEE COUNTY CRIMINAL JUSTICE AUTHORITY
315 W. Eighth Street
Okmulgee, OK 74447

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_212299_5074892_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/10/2021] [FileNumber=5074892-0]
[5a85f1e8c203c0b13c678644be00f4e616b3f13eff98c6ec849f036de4d61a8ea7b9270642ec73b8eeb75a2c0db15aa6dc410feabb1219f77504f424a71ce11d]]
**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Kristin Huntington Bryant, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Mr. Ralph A. Ross
- Mr. Lee Deken Short

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5074892
**RELIEF(S) DOCKETED:**
  hold briefing schedule in abeyance
  to hold case in abeyance
**DOCKET PART(S) ADDED:** 6846945, 6846946, 6846947, 6846948