# MEMORANDUM



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 6 2022

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

| | |
|---|---|
| **DATE:** | 7/6/2022 |
| **TO:** | Criminal Docket Clerk |
| **FROM:** | Cody Harvey<br>Investigative Analyst<br>U.S. Marshals Service |
| **RE:** | Defendant in custody of U.S. Marshals Service |

Date: _____  Defendant taken into U.S. Marshal Service custody on a detainer from: _____.

Date: 07-05-2022  Defendant in U.S. Marshal Service custody on an ASR-P/WHCAP from: FCI La Tuna.

Date: _____  Defendant taken into U.S. Marshal Service custody on a Warrant of Removal.

Date: _____  Defendant taken into U.S. Marshal Service custody on a Return Psychiatric Study.

Date: _____  Defendant returned to custody of _____.
                                                            (State)

Date: _____  Defendant returned to custody of _____.
                                                            (Another District)

**CASE NUMBER:**  4:17CR00293

**DEFENDANT'S NAME:**  Ross, Ralph 31681-009