# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2678

4:17-cr-00293-24-BSM

_____

United States of America

*Plaintiff - Appellee*

v.

Ralph A. Ross, also known as R.A.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: April 11, 2023
Filed: May 1, 2023
[Unpublished]

_____

Before LOKEN, SHEPHERD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Ralph Ross pleaded guilty to one count of misprision of a felony and was sentenced to 36 months' imprisonment. Ross appealed, arguing the district court relied on disputed allegations from the Presentence Investigation Report when imposing the sentence. We agreed and remanded for a resentencing to "be conducted on the existing record." United States v. Ross, No. 21-2299, 2022 WL

1013983, at *1 (8th Cir. Apr. 5, 2022).  On remand, the district court again imposed a 36-month sentence.

Ross again appeals, seeking a second remand.  He argues that the district court[1] impermissibly relied on factors outside the scope of the first remand when it imposed a sentence above the calculated advisory Guidelines range of 24–30 months.  However, while Ross's appeal was pending, he was released from custody.  Ross raises no challenge on appeal other than to the length of his custodial sentence, and he asserts no possible collateral consequences.  As a result, this court can grant Ross no effective relief, and his challenge to the length of his sentence is moot.  See United States v. Aden, 830 F.3d 812, 816–17 (8th Cir. 2016); Owen v. United States, 930 F.3d 989, 990–91 (8th Cir. 2019).

Ross's appeal is dismissed as moot.

_____

---

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 01, 2023

Mr. Lee Deken Short
SHORT LAW FIRM
Suite A
425 W. Broadway
North Little Rock, AR  72114

      RE:  22-2678  United States v. Ralph Ross

Dear Counsel:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

      Michael E. Gans
      Clerk of Court

AT

Enclosure(s)

cc:    Ms. Liza J. Brown
       Ms. Tammy H. Downs
       Ms. Stephanie Mazzanti
       Mr. Ralph A. Ross

      District Court/Agency Case Number(s):   4:17-cr-00293-BSM-24

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, May 1, 2023 10:00 AM |
| **Subject:** | 22-2678 United States v. Ralph Ross "per curiam opinion filed" (4:17-cr-00293-BSM-24) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 05/01/2023

**Case Name:** United States v. Ralph Ross
**Case Number:** 22-2678
**Document(s):** Document(s)

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: James B. Loken, Bobby E. Shepherd and Jane Kelly (UNPUBLISHED) [5270917] [22-2678] (Amy Tinker)

**Notice will be electronically mailed to:**

Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. Lee Deken Short: leedshort@gmail.com
Ms. Liza J. Brown, Assistant U.S. Attorney: Liza.Brown@usdoj.gov, jarie.potts@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Ralph A. Ross
31681-009
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 8000
Anthony, NM 88021-0000

The following document(s) are associated with this transaction:
**Document Description:** Counsel Opinion Letter
**Original Filename:** /opt/ACECF/live/forms/AmyTinker_222678_5270917_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**

1

[STAMP acecfStamp_ID=1105112566 [Date=05/01/2023] [FileNumber=5270917-1]
[c7d32a0737ed51af10eab0d8900ce753715a97da85207eadacfe232e2910c009773d5dbf07672adb04a039611bab8233adc111248b306fab1a5d9da242ab5e15]]

**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Mr. Ralph A. Ross
- Mr. Lee Deken Short

**Document Description:** Unpublished Per Curiam Opinion
**Original Filename:** 222678U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/01/2023] [FileNumber=5270917-0]
[3ef363cd44055f1a6c6130163f11478fec533109294da392890ac84623a7e0b9ae092b8ad0660265ceea42d3f4e4933b3d328ef42b73f0ca63474a79e7f50958]]

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5270917
**RELIEF(S) DOCKETED:**
   not for publication
**DOCKET PART(S) ADDED:** 7263126, 7263127, 7263128