# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2678

_____

United States of America

Plaintiff - Appellee

v.

Ralph A. Ross, also known as R.A.

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-24)

_____

**JUDGMENT**

Before LOKEN, SHEPHERD, and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the appeal is dismissed in accordance with the opinion of this Court.

May 01, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans

Adopted April 15, 2015
Effective August 1, 2015

**Revision of Part V of the Eighth Circuit Plan to Implement the Criminal Justice Act of 1964.**

V. Duty of Counsel as to Panel Rehearing, Rehearing En Banc, and Certiorari

Where the decision of the court of appeals is adverse to the defendant in whole or in part, the duty of counsel on appeal extends to (1) advising the defendant of the right to file a petition for panel rehearing and a petition for rehearing en banc in the court of appeals and a petition for writ of certiorari in the Supreme Court of the United States, and (2) informing the defendant of counsel's opinion as to the merit and likelihood of the success of those petitions. If the defendant requests that counsel file any of those petitions, counsel must file the petition if counsel determines that there are reasonable grounds to believe that the petition would satisfy the standards of Federal Rule of Appellate Procedure 40, Federal Rule of Appellate Procedure 35(a) or Supreme Court Rule 10, as applicable. *See Austin v. United States,* 513 U.S. 5 (1994) (per curiam); 8th Cir. R. 35A.

If counsel declines to file a petition for panel rehearing or rehearing en banc requested by the defendant based upon counsel's determination that there are not reasonable grounds to do so, counsel must so inform the court and must file a written motion to withdraw. The motion to withdraw must be filed on or before the due date for a petition for rehearing, must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for rehearing, and must request an extension of time of 28 days within which to file pro se a petition for rehearing. The motion also must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for writ of certiorari.

If counsel declines to file a petition for writ of certiorari requested by the defendant based on counsel's determination that there are not reasonable grounds to do so, counsel must so inform the court and must file a written motion to withdraw. The motion must certify that counsel has advised the defendant of the procedures for filing *pro se* a timely petition for writ of certiorari.

A motion to withdraw must be accompanied by counsel's certification that a copy of the motion was furnished to the defendant and to the United States.

Where counsel is granted leave to withdraw pursuant to the procedures of *Anders v. California,* 386 U.S. 738 (1967), and *Penson v. Ohio*, 488 U.S. 75 (1988), counsel's duty of representation is completed, and the clerk's letter transmitting the decision of the court will notify the defendant of the procedures for filing pro se a timely petition for panel rehearing, a timely petition for rehearing en banc, and a timely petion for writ of certiorari.

# Forrest Dunn

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, May 1, 2023 10:00 AM |
| **Subject:** | 22-2678 United States v. Ralph Ross "judgment filed sua sponte Dismissed" (4:17-cr-00293-BSM-24) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 05/01/2023

**Case Name:** United States v. Ralph Ross
**Case Number:** 22-2678
**Document(s):** Document(s)

**Docket Text:**
**JUDGMENT FILED -** Dismissed in accordance with the opinion. JAMES B. LOKEN, BOBBY E. SHEPHERD and JANE KELLY Hrg Apr 2023 [5270919] [22-2678]--[Edited 05/01/2023 by AT] Resent NDA with attached CJA letter. (Amy Tinker)

**Notice will be electronically mailed to:**

Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. Lee Deken Short: leedshort@gmail.com
Ms. Liza J. Brown, Assistant U.S. Attorney: Liza.Brown@usdoj.gov, jarie.potts@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Ralph A. Ross
31681-009
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 8000
Anthony, NM 88021-0000

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/AmyTinker_222678_5270919_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=05/01/2023] [FileNumber=5270919-0]
[6a370039ab48af1d74caf53ba09d30e4973ceefedf32f1e627d5b3cf13559d4876bfd4cbe9db2d63e7a4f7fa77de7dceb1439679e9282753685a366402aeef1e]]

**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Mr. Ralph A. Ross
- Mr. Lee Deken Short

**Document Description:** Revision Part V of Plan to Implement CJA
**Original Filename:** /opt/ACECF/live/forms/AmyTinker_222678_5270919_RevisionPartVofPlantoImpCJA_539.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/01/2023] [FileNumber=5270919-1]
[86da3a3f63f35343221ffcdbe16be6620f8159cdeca467de4d950cd993f0d9859d9cfd5284c53e72465ad0ea364569f4d54aacc7b326e2bddc6e1eb65ec788aa]]

**Recipients:**

- Mr. Lee Deken Short

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5270919
**RELIEF(S) DOCKETED:**
  Dismissed
**DOCKET PART(S) ADDED:** 7263130, 7263131, 7263132