# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2678

United States of America

Appellee

v.

Ralph A. Ross, also known as R.A.

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-24)

---

## MANDATE

In accordance with the opinion and judgment of May 1, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 22, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit

**Forrest Dunn**

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, May 22, 2023 8:56 AM |
| **Subject:** | 22-2678 United States v. Ralph Ross "Mandate Issued" (4:17-cr-00293-BSM-24) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 05/22/2023

**Case Name:** United States v. Ralph Ross
**Case Number:** 22-2678
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [5279207] [22-2678] (Clifford Jackson)

**Notice will be electronically mailed to:**

Ms. Liza J. Brown, Assistant U.S. Attorney: Liza.Brown@usdoj.gov, jarie.potts@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Stephanie Mazzanti, Assistant U.S. Attorney: Stephanie.Mazzanti@usdoj.gov, christy.averett@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Honorable Brian S. Miller, U.S. District Judge: Brian_Miller@ared.uscourts.gov
Mr. Lee Deken Short: leedshort@gmail.com

**Notice will be mailed to:**

Mr. Ralph A. Ross
31681-009
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 8000
Anthony, NM 88021-0000

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_222678_5279207_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=05/22/2023] [FileNumber=5279207-0]
[b9dd45f563ddcbfecad8b29dd53e5b9e9749038d51bcd30a105b2c68db0ef09481aa435d9baa595c7b5836c25cd77358650f67b62960e3012f6faa9c385f7009]]

**Recipients:**

- Ms. Liza J. Brown, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Stephanie Mazzanti, Assistant U.S. Attorney
- Honorable Brian S. Miller, U.S. District Judge
- Mr. Ralph A. Ross
- Mr. Lee Deken Short

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5279207
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7282150